UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv- 20741-JLK

WINDY LUCIUS,

    Plaintiff,

v.

DR SMOOD GROUP INC.,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

    Plaintiff Windy Lucius ("Plaintiff") respectfully submits this Notice of Settlement, and informs the Court as follows:

    1.    Plaintiff has reached an agreement with Defendant Dr. Smood Group Inc. ("Defendant") to resolve the claims against it.

    2.    The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court within sixty (60) days.

                      Respectfully submitted,

                      */s/ J. Courtney Cunningham*
                      J. Courtney Cunningham, Esq.
                      J. COURTNEY CUNNINGHAM, PLLC
                      FBN: 628166
                      8950 SW 74th Court, Suite 2201
                      Miami, FL 33156
                      T:  305-351-2014
                      cc@cunninghampllc.com

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                          */s/ J. Courtney Cunningham*
                                          J. Courtney Cunningham, Esq.