UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-20741-JLK

WINDY LUCIUS,

    Plaintiff,

v.

DR SMOOD GROUP INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, WINDY LUCIUS, and Defendant, DR SMOOD GROUP INC., having entered into a confidential settlement and release agreement, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: September 3, 2020

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Dori K. Stibolt* |
| J. Courtney Cunningham, Esq. | Dori K. Stibolt, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | FOS ROTHSCHILD LLP |
| FBN: 628166 | FBN: 183611 |
| 8950 SW 74th Court | 777 South Flagler Drive |
| Suite 2201 | Suite 1700 West Tower |
| Miami, Florida 33156 | West Palm Beach, Florida 33401 |
| T: 305-351-2014 | T: 561-835-9600 |
| cc@cunninghampllc.com | dstibolt@foxrothschild.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
