UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-20741-CV-KING

WINDY LUCIUS,

    Plaintiff,

v.

DR. SMOOD GROUP, INC.,,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the court upon the Joint Stipulation for Dismissal With Prejudice (D.E. #15) filed September 3, 2020. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the agreement.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 4th day of September, 2020.

                                                                          JAMES LAWRENCE KING
                                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record